UNITED STATES DISTRIC COURT
MIDDLE DISTRICT OF FLORIDA
CASE No. 8:10-CV-210-T-17MAP

BURTON W. WIAND, as receiver for, VALHALLA INVESTMENT PARTNERS, L.P.; VIKING FUND, LLC; VIKING IRA FUND, LLC; VIKTORY FUND, LTD; VICTORY IRA FUND, LTD; SCOOP REAL ESTATE, L.P.; and TRADERS INVESTMENT CLUB,

Plaintiff/Judgment Creditor,

v.

Vernon M. Lee, individually and as Trustee Of the VERNON M. LEE TRUST, et al.,

Defendant/Judgment Debtor,

v.

TD Ameritrade, Inc.,

Garnishee.

## ANSWER OF GARNISHEE TD AMERITRADE

Garnishee TD AMERITRADE, by and through its undersigned attorneys, hereby submits its Answer to the Writ of Garnishment, and states:

1. TD Ameritrade, Inc. is a securities broker-dealer with offices in Florida. On May 20, 2013, TD Ameritrade, Inc., was served with the Writ of Garnishment dated May 14, 2013.

2. A search of TD Ameritrade's records, utilizing the name, social security numbers, and tax identification number of the Defendant, reveals that at the time of service of the Writ, at the time of service of this Answer, and at all times in between, the Defendant maintained three securities accounts in his own name at TD Ameritrade's

subsidiary/ affiliate, TD Ameritrade Clearing, Inc., which is indebted to the Defendant or has possession, custody or control of the accounts in which the Defendant maintains an interest. TD Ameritrade is not aware of the extent to which the account may be exempt from garnishment, suggestion or levy.

3. It is Account No. XXX-XX8640, in the name of Vernon M. Lee Trust FBO Vernon M. Lee. As of May 20, 2013, the date of service of the writ, it had a value of $0.01. As of the market close on June 6, 2013, it had a value of $0.01.

4. It is Account No. XXX-XX6901, in the name of Vernon M. Lee Rollover IRA. As of May 20, 2013, the date of service of the writ, it had a value of $0.00. As of the market close on June 6, 2013, it had a value of $0.00.

5. It is Account No. XXX-XX8191, in the name of Vernon M. Lee Roth IRA. As of May 20, 2013, the date of service, it had a value of $30,006.16. As of the market close on June 6, 2013, it had a value of $30,203.36. Any change in value is the result of market fluctuations.

6. Pursuant to the Writ of Garnishment, and in reliance on Fla. Stat. § 77.06, this is to confirm that all three of the accounts have been restricted. TD Ameritrade Clearing, Inc., will hold all assets in these accounts subject to further proceedings of the Court.

7. TD Ameritrade, Inc., and TD Ameritrade Clearing, Inc., are not otherwise indebted to the Defendants and have not otherwise had tangible or intangible personal property of Defendant in its possession or control, at the time of service of the Writ, at the time of this Answer, or at any time in between.

8. TD Ameritrade, Inc. and TD Ameritrade Clearing, Inc., know of no other securities brokerage accounts maintained by Defendants and have no knowledge of any

amounts due or owing Defendants.

9. TD Ameritrade, Inc. and TD Ameritrade Clearing, Inc., have no knowledge of any other person indebted to Defendant or who may be in possession or control of any of Defendant's property.

10. TD Ameritrade, Inc. has retained the undersigned law firm and agreed to pay a reasonable fee for its services herein and demands payment of the fee deposited with the clerk as partial payment of its attorney's fees. TD Ameritrade, Inc., reserves the right to seek additional fees and costs in connection with those sums it expends or agrees to expend in obtaining representation in response to the writ.

Dated: June 7, 2013

By: /s/Robert C. Harris
BARITZ & COLMAN LLP
1075 Broken Sound Parkway, NW
Suite 102
Boca Raton, Florida 33487
561.864.5100 (phone)
561.864.5101 (fax)
Robert R. Harris
Florida Bar No.: 0026205
rharris@baritzcolman.com

OF COUNSEL:
BARITZ & COLMAN LLP
Dana S. Gloor
20 S. Charles Street, Suite 2130
Baltimore, MD 21201
410.528.5477
dgloor@baritzcolman.com

Counsel for garnishee TD Ameritrade

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served on Gianluca Morello, Wiand Guerra King P.L, 5505 West Gray Street, Tampa FL 33609 via transmission of Notices of Electronic Filing generated by CM/ECF this 7th day of June, 2013.

BARITZ & COLMAN LLP
Counsel for Garnishee
1075 Broken Sound Parkway, NW
Suite 102
Boca Raton, Florida 33487
561/864-5100 (phone)
561/864-5101 (fax)

By: /s/Robert C. Harris
Robert C. Harris
Florida Bar No.: 0026205
rharris@baritzcolman.com